| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-72-1-JMH |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |
| **MAGISTRATE JUDGE SCHENKIER** | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Aaron Ray Roberts  **JUDGE ANDERSEN**  **08CR 0103** | DISTRICT EASTERN DISTRICT OF KENTUCKY | DIVISION Lexington |
| | NAME OF SENTENCING JUDGE The Honorable Joseph M. Hood | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/22/07 — TO 02/21/10 |

RECEIVED JAN 11 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

OFFENSE

Felon in Possession of a Firearm

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF KENTUCKY</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/8/08
Date

*/s/ Joseph M. Hood*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB - 1 2008
Effective Date

*/s/ James F. Holderman*
United States District Judge

FILED

FEB 0 4 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT