MEMORANDUM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
P.O. Box 3074
Lexington, KY 40588
(859) 233-2503

**FILED**
2-26-08
FEB 2 6 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

DATE:    February 20, 2008

TO:      United States District Court
         Northern District of Illinois
         219 South Dearborn St., 20th Floor
         Chicago, IL 60604

08 CR 103

FROM:    Lisa Moore, Deputy Clerk

RE:      5:04-CR-72-1-JMH United States v. Aaron Ray Roberts

The above styled case has been transferred to your court pursuant to an order transferring the jurisdiction of the defendant's supervised release. Please find enclosed a certified copy of the Order transferring jurisdiction along with certified copies of the docket sheet, Indictment, Judgement and Commitment Order.

Please notate receipt of these documents on the enclosed copy of this memorandum and return it in the enclosed postage-paid envelope.

Thank you,

*[signature]*
Lisa Moore, D.C.
U.S. District Court

CLOSED

## U.S. District Court
## Eastern District of Kentucky (Lexington)
## CRIMINAL DOCKET FOR CASE #: 5:04-cr-00072-JMH-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Roberts | Date Filed: 06/03/2004 |
| | Date Terminated: 12/08/2004 |

Assigned to: Judge Joseph M. Hood

### Defendant (1)

**Aaron Ray Roberts**  
*TERMINATED: 12/08/2004*

represented by **Pamela Dae Perlman**  
106 W. Second Street  
Lexington, KY 40507  
859-231-7572  
Fax: 859-252-1105  
Email: pdperlman@hotmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Pending Counts**

18:922(g)(1) FELON IN POSSESSION OF A FIREARM  
(2)

**Disposition**

30 MOS. IMPRISONMENT; 3 YRS. SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:922(g)(1) FELON IN POSSESSION OF A FIREARM  
(1)

**Disposition**

DISMISSED ON MOTION OF USA

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None



**Disposition**

### Plaintiff

| | | |
|---|---|---|
| USA | | represented by **James E. Arehart**<br>U.S. Attorney's Office, EDKY<br>260 W. Vine Street<br>Suite 300<br>Lexington, KY 40507-1612<br>859-233-2661<br>Fax: 859-233-2747<br>Email: Jim.Arehart2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2004 | 1 | INDICTMENT as to Aaron Ray Roberts count(s) 1-2. (Attachments: # 1 Case assignment) (PDB) (Entered: 06/03/2004) |
| 06/03/2004 | 2 | MOTION for Bench Warrant by USA as to Aaron Ray Roberts. (PDB) (Entered: 06/03/2004) |
| 06/03/2004 | | (Court only) SEALED ORDER as to Aaron Ray Roberts. Signed by Judge Joseph M. Hood. (PDB) (Entered: 06/03/2004) |
| 06/03/2004 | 5 | ORDER FOR ISSUANCE OF BENCH WARRANT as to Aaron Ray Roberts . Signed by Judge Joseph M. Hood. (Attachments: # 1 Warrant issued) (PDB)cc: COR, USM, USP (Entered: 07/14/2004) |
| 06/03/2004 | | (Court only) ***Excludable started as to Aaron Ray Roberts : XM (PDB) (Entered: 11/17/2004) |
| 07/12/2004 | | Arrest of Aaron Ray Roberts (PDB) (Entered: 11/17/2004) |
| 07/13/2004 | 3 | MINUTE ENTRY FOR INITIAL APPEARANCE as to Aaron Ray Roberts held on 7/12/04 before Mag Judge James B Todd: Pamela Dae Perlman apptd. CJA atty; ARRAIGNMENT 7/15/2004 02:00 PM before Joseph M. Hood; PRETRIAL DETENTION HEARING 7/14/2004 03:45 PM; deft remanded to custody.(COURT REPORTER: DENISE VASQUEZ) (PDB)cc: COR, USM, USP, D (Entered: 07/13/2004) |
| 07/13/2004 | 4 | CJA 23 Financial Affidavit by Aaron Ray Roberts (PDB) (Entered: 07/13/2004) |
| 07/13/2004 | | ORAL MOTION by USA for pretrial detention. (PDB) (Entered: 07/14/2004) |
| 07/14/2004 | 6 | AMENDED MINUTE ENTRY FOR INITIAL APPEARANCE as to Aaron Ray Roberts held on 7/13/04 before Judge James B Todd: amended to reflect correct date of appearance. (PDB)cc: COR, USM, USP (Entered: 07/14/2004) |
| 07/14/2004 | 7 | MINUTE ENTRY FOR DETENTION HEARING as to Aaron Ray Roberts held on 7/14/04 before Mag Judge James B Todd: (1) USA's ORAL MOTION for pretrial detention is DENIED; (2) deft RELEASED OR; (3) ARRAIGNMENT 7/15/2004 02:00 PM before Joseph M. Hood. (COURT REPORTER: DENISE VASQUEZ) (PDB)cc: COR, USM, USP, D, Mag Judge Modified file date on 7/15/2004 (Burgess, Pamela). (Entered: 07/15/2004) |
| 07/14/2004 | 8 | ORDER Setting Conditions of Release as to Aaron Ray Roberts (1) OR . Signed by Judge James B Todd. (PDB)cc: COR, USM, USP Modified file date on 7/15/2004 (Burgess, Pamela). (Entered: 07/15/2004) |
| 07/15/2004 | | NOTICE OF DOCKET MODIFICATION re 7 Minutes of Detention Hearing, 8 Order |

| | | |
|---|---|---|
| | | Setting Conditions of Release; incorrect file date; Error by docket clerk; modified file date to reflect 7/14/04. cc: COR (PDB) (Entered: 07/15/2004) |
| 07/15/2004 | 9 | WITNESS LIST by Aaron Ray Roberts re: Detention Hearing held 7/14/04.(PDB) (Entered: 07/15/2004) |
| 07/15/2004 | 10 | MINUTE ENTRY FOR ARRAIGNMENT as to Aaron Ray Roberts held on 7/15/04 before Judge Joseph M. Hood: WFA/PNG Counts 1-2; JURY TRIAL 9/14/2004 09:00 AM (2 days); deft remain on bond. (COURT REPORTER: DENISE VASQUEZ) (PDB) cc: COR, USM, USP, JC, D (Entered: 07/16/2004) |
| 07/15/2004 | 11 | GENERAL ORDER OF DISCOVERY as to Aaron Ray Roberts . Signed by Judge Joseph M. Hood. (PDB)cc: COR (Entered: 07/16/2004) |
| 08/31/2004 | 12 | EXHIBIT LIST by USA as to Aaron Ray Roberts (James, Arehart) (Entered: 08/31/2004) |
| 08/31/2004 | 13 | Proposed Jury Instructions by USA as to Aaron Ray Roberts (James, Arehart) (Entered: 08/31/2004) |
| 09/03/2004 | 14 | MOTION for Rearraignment by Aaron Ray Roberts . (Attachments: # 1 Proposed Order) (PDB) (Entered: 09/03/2004) |
| 09/07/2004 | 15 | ORDER as to Aaron Ray Roberts; Signed by Judge Joseph M. Hood. REARRAIGNMENT 9/13/2004 09:00 AM (PDB)cc: COR,USM,USP,D (Entered: 09/07/2004) |
| 09/13/2004 | 16 | MINUTE ENTRY FOR REARRAIGNMENT as to Aaron Ray Roberts held on 9/13/04 before Judge Joseph M. Hood: govt's ORAL MOTION to dismiss Count 1 at time of sentencing is TAKEN UNDER ADVISEMENT; deft's motion to CHANGE PLEA is GRANTED; PG Count 2; JURY TRIAL set for 9/14/04 is SET ASIDE AND CANCELED; deft remain on bond; SENTENCING 12/13/2004 10:00 AM.(COURT REPORTER: ANN BANTA) (PDB)cc: COR, USM, USP, JC, D (Entered: 09/13/2004) |
| 09/13/2004 | 17 | ORDER to comply with Sentencing Reform Act as to Aaron Ray Roberts . Signed by Judge Joseph M. Hood. (PDB)cc: COR, USM, USP (Entered: 09/13/2004) |
| 09/13/2004 | 18 | Plea Agreement Accepted as to Aaron Ray Roberts cc: COR,USP (PDB) (Entered: 09/13/2004) |
| 09/29/2004 | | (Court only) SEALED ORDER as to Aaron Ray Roberts . Signed by Judge Joseph M. Hood. (LKM) (Entered: 09/29/2004) |
| 09/29/2004 | | (Court only) SEALED DOCUMENT by Joseph M. Hood as to Aaron Ray Roberts. Signed by Judge Joseph M. Hood. (LKM) (Entered: 09/29/2004) |
| 09/29/2004 | 19 | ORDER for warrant for violation of conditions of pretrial release as to Aaron Ray Roberts . Signed by Judge Joseph M. Hood. (Attachments: # 1 Warrant issued) (LKM)cc: COR, USM, USP (Entered: 09/30/2004) |
| 09/29/2004 | 20 | PRETRIAL RELEASE VIOLATION Warrant Returned Executed on 9/29/2004 as to Aaron Ray Roberts. (LKM) (Entered: 09/30/2004) |
| 09/30/2004 | | Arrest of Aaron Ray Roberts (LKM) (Entered: 09/30/2004) |
| 09/30/2004 | 21 | ORDER re: INITIAL APPEARANCE RE REVOCATION OF PRETRIAL RELEASE as to Aaron Ray Roberts held on 9/30/2004 before Judge James B Todd, ORDERED: (1) this matter assigned for Bond Revocation Hearing on 10/1/2004 11:00 AM in Lexington before James B Todd (2) dft remanded to custody (3) ct rptr required for hrg to be held on 10/1/04 (COURT REPORTER: ANN BANTA) (LKM)cc: COR, USM, USP, D (Entered: |

| | | |
|---|---|---|
| | | 09/30/2004) |
| 10/01/2004 | ●22 | WITNESS LIST by USA as to Aaron Ray Roberts re: revocation hearing held 10/1/04 (LKM) (Entered: 10/01/2004) |
| 10/01/2004 | ●23 | ORDER re:BOND REVOCATION HEARING as to Aaron Ray Roberts held on 10/1/2004 before Judge James B Todd, ORDERED: (1) dft to remain on conditions of release imposed by the court on 7/14/04 (2) dft shall be drug tested every 48 hours, if positive, a warrant will immediately be issued and hrg held to revoke dft's bond (COURT REPORTER: PEGGY WEBER) (LKM)cc: COR, USM, USP (Entered: 10/01/2004) |
| 10/01/2004 | | (Court only) ***Location start as to Aaron Ray Roberts (PDB) (Entered: 11/30/2004) |
| 11/17/2004 | ●24 | SEALED Bench Warrant Returned Executed on 7/12/04 as to Aaron Ray Roberts. (PDB) (Entered: 11/17/2004) |
| 11/18/2004 | | (Court only) SEALED ORDER as to Aaron Ray Roberts . Signed by Judge Joseph M. Hood. (KJR) (Entered: 11/18/2004) |
| 11/18/2004 | | (Court only) SEALED DOCUMENT by Joseph M. Hood as to Aaron Ray Roberts. (PDB) (Entered: 11/18/2004) |
| 11/18/2004 | ●27 | ORDER warrant be issued as to Aaron Ray Roberts . Signed by Judge Joseph M. Hood. (PDB)cc: USA, USM, USP (Entered: 11/30/2004) |
| 11/21/2004 | ● | Arrest of Aaron Ray Roberts (PDB) (Entered: 11/30/2004) |
| 11/22/2004 | ●25 | ORDER RE INITIAL APPEARANCE RE REVOCATION OF Pretrial Release as to Aaron Ray Roberts held on 11/22/04 before Mag Judge James B Todd: (1) pretrial release of deft is REVOKED; 8 Order for Release entered 7/14/04 is SET ASIDE; (2) deft remanded to custody of USM. (COURT REPORTER: ANN BANTA) (PDB)cc: COR, USM, USP, Mag Judge (Entered: 11/22/2004) |
| 11/29/2004 | ●26 | ORDER as to Aaron Ray Roberts; SENTENCING set for 12/13/04 is ADVANCED to 12/6/2004 10:00 AM. Signed by Judge Joseph M. Hood. (PDB)cc: COR, USM, USP, D (Entered: 11/29/2004) |
| 11/29/2004 | ●28 | SEALED Arrest Warrant Returned Executed on 11/21/04 as to Aaron Ray Roberts. (PDB) (Entered: 11/30/2004) |
| 12/06/2004 | ●29 | PSR Rule 32(C) info (Sealed) as to Aaron Ray Roberts (PDB) (Entered: 12/08/2004) |
| 12/06/2004 | ●30 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Aaron Ray Roberts (PDB) (Entered: 12/08/2004) |
| 12/08/2004 | ●31 | MINUTE ENTRY FOR SENTENCING as to Aaron Ray Roberts held on 12/8/2004 before Judge Joseph M. Hood: objs to presentence report; Court Reporter transcribe proceeding and file in record; transcript deemed written findings of Court; jgm be entered; deft remanded to custody. (COURT REPORTER: ANN BANTA) (PDB)cc: COR, USM, USP (Entered: 12/08/2004) |
| 12/08/2004 | ●32 | JUDGMENT UPON PLEA OF GUILTY as to Aaron Ray Roberts, Count 1, DISMISSED ON MOTION OF USA; Count 2, 30 MOS. IMPRISONMENT; deft remanded to custody of USM; 3 YRS. SUPERVISED RELEASE, w/special conditions that deft A) submit to drug test w/in 15 days of release of imprisonment and 2 tests thereafter; B) participate in substance abuse treatment program and submit to drug & alcohol testing; C) participate in mental health treatment program, including domestic violence counseling; D) abstain from use of alcohol; E) submit to search upon direction of US Probation Office; $100 SPECIAL |

| | | |
|---|---|---|
| | | ASSESSMENT. Signed by Judge Joseph M. Hood. (PDB)cc: COR, USM, USP (Entered: 12/08/2004) |
| 01/06/2005 | 33 | CJA 20 as to Aaron Ray Roberts: Appointment of Attorney Pamela Dae Perlman. (PDB) (Entered: 01/10/2005) |
| 02/14/2008 | 34 | CERTIFIED COPY OF ORDER Granting Transfer of Supervised Release to Northern District of Illinois. Signed by Judge Joseph M. Hood on 02/14/2008. (Attachments: # 1 Cover Letter) (LKM)cc: COR,USP,NDIL (Entered: 02/15/2008) |

5:04-cr-00072-JMH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

UNITED STATES OF AMERICA

V.                                INDICTMENT NO. 04-72-JMH

AARON RAY ROBERTS

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about February 21, 2004, in Fayette County, in the Eastern District of Kentucky,

**AARON RAY ROBERTS,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, that is, a Bryco Arms, Model T-380, .380 caliber semi-automatic pistol, serial number 1466461, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about February 21, 2004, in Fayette County, in the Eastern District of Kentucky,

**AARON RAY ROBERTS,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, that is, a Lorcin Engineering Model L380 .380 caliber pistol, serial number 504544, all in violation of 18 U.S.C. § 922(g)(1).

**A TRUE BILL**

_____
**GREGORY F. VAN TATENHOVE**
**UNITED STATES ATTORNEY**

2

## PENALTIES

**COUNTS 1 & 2:**   Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release

**PLUS:**   Mandatory special assessment of $100 per count

**PLUS:**   Restitution, if applicable

3



No. 04-72-JMH

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### LEXINGTON

THE UNITED STATES OF AMERICA

v.

AARON RAY ROBERTS

## INDICTMENT

18/922(g)(1) - felon in possession of a firearm - 2 Counts

A TRUE BILL

FOREPERSON

Filed in Open Court on June 3, 2004

CLERK

Bail, $ _____

AT LEXINGTON
LESLIE G. WHITMER
CLERK U S DISTRICT COURT

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __KENTUCKY__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | |
| AARON RAY ROBERTS | Case Number: 5:04-CR-00072-001-JMH |
| | USM Number: 09345-032 |
| | Pamela Dae Perlman |
| | Defendant's Attorney |

Eastern District of Kentucky
FILED
DEC 08 2004
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**THE DEFENDANT:**

X pleaded guilty to count(s)   2 of Indictment.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense | Count |
|---|---|---|---|
| 18 USC §922(g)(1) | Felon in possession of firearm | 02/21/2004 | 2 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)   1   X is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/06/2004
Date of Imposition of Judgment

*/s/ Joseph M. Hood*
Signature of Judge

The Honorable Joseph M. Hood, U.S. District Court Judge
Name and Title of Judge

December 8, 2004
Date

AO 245B   (Rev. 12/03) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: Aaron Ray Roberts
CASE NUMBER: 5:04-CR-00072-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

30 MONTHS.

X   The court makes the following recommendations to the Bureau of Prisons:
That the defendant participate in the intensive drug education and treatment program and that he participate in a mental health program which specifically addresses the defendant's anxiety disorder.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
          Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT:       Aaron Ray Roberts
CASE NUMBER:     5:04-CR-00072-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

3 YEARS.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:08-cr-00103 Document 2 Filed 02/26/2008 Page 14 of 17
Case 5:04-cr-00072-JMH Document 32 Filed 12/08/2004 Page 4 of 6

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page 4 of 6

DEFENDANT: Aaron Ray Roberts
CASE NUMBER: 5:04-CR-00072-001

## SPECIAL CONDITIONS OF SUPERVISION

A) The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

B) The defendant shall participate in a substance abuse treatment program and shall submit to periodic drug and alcohol testing at the direction and discretion of the probation officer during the term of supervision.

C) The defendant shall participate in a program of mental health treatment at the direction and discretion of the probation officer, until such time as the defendant is released from the program by the probation officer. Such a program should include domestic violence counseling provided by a Certified Domestic Violence Counselor.

D) The defendant shall abstain from the use of alcohol.

E) The defendant shall submit his person, residence and curtilage, office or vehicle to a search, upon direction and discretion of the United States Probation Office.

Pursuant to Public Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, the defendant shall submit to DNA collection if the offense of conviction is a felony.

*ACKNOWLEDGMENT*

*Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.*

*These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.*

(Signed) _____
(Defendant)                                   Date _____

_____
U. S. Probation Officer/Designated Witness    Date _____

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: Aaron Ray Roberts
CASE NUMBER: 5:04-CR-00072-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ 100.00       | $ -0-    | $ -0-           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

TOTALS  $ _____   $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:       Aaron Ray Roberts
CASE NUMBER:   5:04-CR-00072-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  X  Lump sum payment of $ __100.00__ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  X  Special instructions regarding the payment of criminal monetary penalties:

   PAYMENT SHOULD BE MADE TO: U.S. DISTRICT COURT CLERK, POST OFFICE DRAWER 3074, LEXINGTON, KENTUCKY 40502 AND PLEASE INCLUDE YOUR DOCKET CASE NUMBER.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

X  FINE IS WAIVED OR BELOW GUIDELINES BECAUSE OF THE DEFENDANT'S INABILITY TO PAY.

☐  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| PROB 22 Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-72-1-JMH |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |
| | | DOCKET NUMBER *(Rec. Court)* |

**MAGISTRATE JUDGE SCHENKIER**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Aaron Ray Roberts | EASTERN DISTRICT OF KENTUCKY | Lexington |
| **JUDGE ANDERSEN** | NAME OF SENTENCING JUDGE | |
| **08CR 0103** | The Honorable Joseph M. Hood | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | 02/22/07 to 02/21/10 |

RECEIVED JAN 11 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

Eastern District of Kentucky FILED FEB 14 2008 AT LEXINGTON LESLIE G WHITMER CLERK U S DISTRICT COURT

| OFFENSE |
|---|
| Felon in Possession of a Firearm |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1|8|08
*Date*

*[signature]*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DOCKETED FEB 06 2008

FEB - 1 2008
*Effective Date*

*[signature]*
*United States District Judge*

I certify that this is a true and correct copy...

DEPUTY CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: FEB 08 2008