UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 103 |
| v. | ) | |
| | ) | Judge Wayne R. Andersen |
| AARON ROBERTS | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    s/Marny M. Zimmer
MARNY M. ZIMMER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5349

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

## ATTORNEY DESIGNATION

was served on April 15, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By:     s/Marny M. Zimmer
        MARNY M. ZIMMER
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312)353-5349