UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08–cr–00103
　　　　　　　　　　　　　　　　　　Honorable Wayne R. Andersen

　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

　　MINUTE entry before the Honorable Wayne R. Andersen:as to Aaron Ray Roberts, Status hearing held on 6/5/2008 and continued to 9/11/2008 at 10:00 AM. Time is hereby excluded to 9/11/2008 pursuant to 18:3161(h)(1)(F).Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.