**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA
                Plaintiff,

v.                                Case No.: 1:08−cr−00103
                                      Honorable Wayne R. Andersen

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 11, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:as to Aaron Ray Roberts, Status hearing held on 9/11/2008. The rule to show cause is withdrawn. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.